STEVEN G. KALAR
Federal Public Defender
ELLEN V. LEONIDA
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone:  (510) 637-3500
Fax: (510) 637-3507
Email: ellen_leonida@fd.org

Counsel for Defendant
ANTHONY MAURICE TERRY

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br>V.<br><br>ANTHONY MAURICE TERRY,<br><br>DEFENDANT. | 4:14-cr-00305-JST-1<br><br>STIPULATION TO CONTINUANCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET. SEQ.; [PROPOSED] ORDER |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the status hearing date of July 25, 2014 presently scheduled at 9:30 a.m., before the Honorable Jon S. Tigar, be vacated and re-set for September 5, 2014 at 9:30 a.m.

The requested continuance is necessary because defense counsel will be out of state and unavailable between July 18 and July 28, 2014; government counsel is also unavailable on July 25, 2014.  Defense counsel has requested additional discovery from the government.  Based on the discovery received thus far, defense counsel must conduct investigation and research potential motions.

The parties agree and stipulate that the time until September 5, 2014 should be excluded, under 18 U.S.C. §3161(h)(7)(A) and 18 U.S.C. §3161(h)(7)(B)(iv) because the ends of justice

CR 14-305 JST
Stip. to Continuance; [Proposed] Order

1

served by the granting of the continuance outweigh the bests interests of the public and the defendant in a speedy and public trial. The continuance is necessary to accommodate counsel's preparation efforts and to afford Mr. Terry and the government continuity of counsel.

DATED: July 9, 2014

/S/
ELLEN V. LEONIDA
Assistant Federal Public Defender
Counsel for Defendant ANTHONY TERRY

DATED: July 9, 2014

/S/
ROGER DINH
Special Assistant United States Attorney

## ORDER

The court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial. The continuance is necessary to accommodate counsel's preparation efforts and to afford Mr. Terry and the government continuity of counsel. Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to September 5, 2014 at 9:30 a.m., before the Honorable Jon S. Tigar. Time is excluded until September 5, 2014 pursuant to 18 U.S.C. §3161(h)(7)(A) and 18 U.S.C. §3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: July 9, 2014

HON. JON S. TIGAR
UNITED STATES DISTRICT JUDGE

CR 14-305 JST
Stip. to Continuance; [Proposed] Order