MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

ROGER DINH (NYBN 4979274)
Special Assistant United States Attorney

 1301 Clay Street, Suite 340S
 Oakland, California 94612
 Telephone: (510) 637-3680
 FAX: (510) 637-3724
 Roger.Dinh@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. 14-CR-00305  JST |
| | ) |
| Plaintiff, | ) **STIPULATED REQUEST TO EXCLUDE TIME** |
| | ) **UNDER THE SPEEDY TRIAL ACT** |
| v. | ) |
| | ) |
| ANTHONY MAURICE TERRY, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

On September 5, 2014, the parties appeared before this Court for a status conference.  With the

agreement of the parties, the Court enters this order documenting the exclusion of time under the Speedy

Trial Act, 18 U.S.C. §3161(h)(7)(A), and (h)(7)(B)(iv) from September 5, 2014 to November 21, 2014.

The parties agreed to the exclusion of time under the Speedy Trial Act to allow effective

preparation of counsel, to allow defense counsel to confer with her client regarding the case and to

accommodate the parties' schedules as government counsel has trial scheduled in October and defense

counsel has trial scheduled in November.  For those reason, time is excludable pursuant to 18 U.S.C. §

3161 (h)(7)(A), and (h)(7)(B)(iv).

Given these circumstances, the Court found that the ends of justice served by excluding the

period from September 5, 2014 to November 21, 2014 from Speedy Trial Act calculations outweighs the

1   interests of the public and the defendant to a speedy trial in accordance with 18 U.S.C. § 3161(h)(7)(A),

2   and (h)(7)(B)(iv).

3

4   DATED:  September 17, 2014                          Respectfully submitted,

5

6                                                      MELINDA HAAG
                                                       United States Attorney
7

8   _____/s/_____                    _____/s/_____
9   ELLEN LEONIDA                                      ROGER DINH
    Attorney for Defendant                             Special Assistant United States Attorney
10

11

12                                  **ORDER**

13          Based on the reasons provided in the stipulation of the parties above, with the consent of both

14   parties, the Court orders that the period from September 5, 2014 to November 21, 2014 be excluded

15   from Speedy Trial Act calculations, pursuant to 18 U.S.C. § 3161(h)(7)(A), and (h)(7)(B)(iv).

16

17          IT IS SO ORDERED.

18

19   DATED:  September 17, 2014

20                                                      _____
                                                       JON S. TIGAR
21                                                     United States District Judge

22

23

24

25

26

27

28

STIP. REQ. TO EXCLUDE TIME
NO. CR-14-00305 JST