| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | J. DOUGLAS WILSON (DCBN 412811)<br>Chief, Criminal Division |
| 4 | ROGER DINH (NYBN 4979274)<br>Special Assistant United States Attorney |
| 5 | |
| 6 | 1301 Clay Street, Suite 340S<br>Oakland, California 94612 |
| 7 | Telephone: (510) 637-3680<br>FAX: (510) 637-3724 |
| 8 | Roger.Dinh@usdoj.gov |
| 9 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 14-CR-00305 JST |
| Plaintiff, | ) ) ) | **STIPULATED REQUEST TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** |
| v. | ) ) | |
| ANTHONY MAURICE TERRY, | ) ) | |
| Defendant. | ) ) | |

On November 21, 2014, the parties appeared before this Court for a status conference. With the agreement of the parties, the Court enters this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A), and (h)(7)(B)(iv) from November 21, 2014 to December 5, 2014.

The parties agreed to the exclusion of time under the Speedy Trial Act to allow effective preparation of counsel, to allow defense counsel to confer with her client regarding the case. For that reason, time is excludable pursuant to 18 U.S.C. § 3161 (h)(7)(A), and (h)(7)(B)(iv).

Given these circumstances, the Court found that the ends of justice served by excluding the period from November 21, 2014 to December 5, 2014 from Speedy Trial Act calculations outweighs the

interests of the public and the defendant to a speedy trial in accordance with 18 U.S.C. § 3161(h)(7)(A), and (h)(7)(B)(iv).

DATED: November 21, 2014					Respectfully submitted,

						MELINDA HAAG
						United States Attorney

\_\_\_\_\_/s/_____					_____/s/_____
ELLEN LEONIDA						ROGER DINH
Attorney for Defendant					Special Assistant United States Attorney

**ORDER**

Based on the reasons provided in the stipulation of the parties above, with the consent of both parties, the Court orders that the period from November 21, 2014 to December 5, 2014 be excluded from Speedy Trial Act calculations, pursuant to 18 U.S.C. § 3161(h)(7)(A), and (h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: November 24, 2014

IT IS SO ORDERED
Judge Jon S. Tigar
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIP. REQ. TO EXCLUDE TIME
NO. CR-14-00305 JST