| | |
|---|---|
| 1 | BRIAN J. STRETCH (CABN 163973)<br>United States Attorney |
| 2 | |
| 3 | BARBARA J. VALLIERE (DCBN 439353)<br>Chief, Criminal Division |
| 4 | MICHELLE BAZU (CABN 266964)<br>Assistant United States Attorney |
| 5 | |
| 6 | 1301 Clay Street, Suite 340S<br>Oakland, California 94612 |
| 7 | Telephone: (510) 637-3680<br>FAX: (510) 637-3724<br>michelle.bazu@usdoj.gov |
| 8 | |
| 9 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: CR 14-00305 JST |
| Plaintiff, | ) ) ) | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE TO NOVEMBER 3, 2017** |
| v. | ) ) | |
| ANTHONY MAURICE TERRY, | ) ) | |
| Defendant. | ) ) | |

IT IS HEREBY STIPULATED between the parties, Assistant United States Attorney, Michelle Bazu for Plaintiff United States of America, and Jerome Matthews, counsel for defendant Anthony Maurice Terry, that the status conference hearing presently scheduled for Friday, October 6, 2017 at 9:30 a.m., be continued to Friday, November 3, 2017 at 9:30 a.m.

The United States will produce additional discovery to the defendant shortly, and is still in the process of evaluating whether new federal charges will be brought against the defendant. Also, counsel for the United States will be out of the district for a period of time in October, 2017. Because this

//

//

STIPULATION AND PROPOSED ORDER TO CONTINUE STATUS CONF.
CR 14-00305 JST

matter concerns a supervised release violation, there is no time exclusion necessary under the Speedy Trial Act, 18 U.S.C. § 3131 *et al*.

DATED: September 29, 2017

/s/
JEROME MATTHEWS
Counsel for Anthony Maurice Terry

DATED: September 29, 2017

/s/
MICHELLE BAZU
Assistant United States Attorney

## [PROPOSED] ORDER

Based upon the representations of counsel and for good cause shown, IT IS HEREBY ORDERED that the status hearing in this matter currently set for October 6, 2017 is continued to November 3, 2017 at 9:30 a.m.

DATED: October 2, 2017

IT IS SO ORDERED

Judge Jon S. Tigar

STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE STATUS CONF.
CR 14-00305 JST