1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney

2  BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  MICHELLE BAZU (CABN 266964)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, California 94612
       Telephone: (510) 637-3680
7      FAX: (510) 637-3724
       michelle.bazu@usdoj.gov
8
   Attorneys for United States of America
9

10                        UNITED STATES DISTRICT COURT

11                       NORTHERN DISTRICT OF CALIFORNIA

12                               OAKLAND DIVISION

13 UNITED STATES OF AMERICA,          ) Case No.: CR 14-00305 JST
                                      )
14         Plaintiff,                 ) **STIPULATION AND [PROPOSED] ORDER TO
                                      ) CONTINUE STATUS CONFERENCE TO
15     v.                             ) DECEMBER 15, 2017**
                                      )
16 ANTHONY MAURICE TERRY,             )
                                      )
17         Defendant.                 )
                                      )
18

19

20     IT IS HEREBY STIPULATED between the parties, Assistant United States Attorney, Michelle

21 Bazu for Plaintiff United States of America, and Jerome Matthews, counsel for defendant Anthony

22 Maurice Terry, that the status conference hearing presently scheduled for Friday, November 3, 2017 at

23 9:30 a.m., be continued to Friday, December 15, 2017 at 9:30 a.m.

24     The United States will produce additional discovery to the defendant shortly, and is still in the

25 process of evaluating whether new federal charges will be brought against the defendant. Also, counsel

26 for the United States will be out of the district for a period of time in November, 2017. Because this

27 //

28 //

matter concerns a supervised release violation, there is no time exclusion necessary under the Speedy Trial Act, 18 U.S.C. § 3131 *et al*.

DATED: October 30, 2017

/s/
JEROME MATTHEWS
Counsel for Anthony Maurice Terry

DATED: October 30, 2017

/s/
MICHELLE BAZU
Assistant United States Attorney

## [PROPOSED] ORDER

Based upon the representations of counsel and for good cause shown, IT IS HEREBY ORDERED that the status hearing in this matter currently set for November 3, 2017 is continued to December 15, 2017 at 9:30 a.m.

DATED: October 30, 2017

HONORABLE JON S. TIGAR
United States District Judge