1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney

2  BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  MICHELLE BAZU (CABN 266964)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, California 94612
       Telephone: (510) 637-3680
7      FAX: (510) 637-3724
       michelle.bazu@usdoj.gov
8
   Attorneys for United States of America
9

10                        UNITED STATES DISTRICT COURT

11                       NORTHERN DISTRICT OF CALIFORNIA

12                                OAKLAND DIVISION

13 UNITED STATES OF AMERICA,              ) Case No.: CR 14-00305 JST
                                          )
14         Plaintiff,                     ) **STIPULATION AND [PROPOSED] ORDER TO**
                                          ) **CONTINUE STATUS CONFERENCE TO**
15    v.                                  ) **JANUARY 26, 2018**
                                          )
16 ANTHONY MAURICE TERRY,                 )
                                          )
17         Defendant.                     )
                                          )
18

19

20     IT IS HEREBY STIPULATED between the parties, Assistant United States Attorney, Michelle

21 Bazu for Plaintiff United States of America, and Jerome Matthews, counsel for defendant Anthony

22 Maurice Terry, that the status conference hearing presently scheduled for Friday, December 15, 2017 at

23 9:30 a.m., be continued to Friday, January 26, 2018 at 9:30 a.m.

24     The United States is still in the process of evaluating whether new federal charges will be

25 brought against the defendant. Also, counsel for the United States will be out of the district for a period

26 of time in December, 2017, and counsel for the defendant will be out of the office for a period of time in

27 December, 2017 and January, 2018. Because this matter concerns a supervised release violation, there

28 //

STIPULATION AND PROPOSED ORDER TO CONTINUE STATUS CONF.
CR 14-00305 JST

is no time exclusion necessary under the Speedy Trial Act, 18 U.S.C. § 3131 *et al*.

DATED: December 7, 2017        /s/
JEROME MATTHEWS
Counsel for Anthony Maurice Terry

DATED: December 7, 2017        /s/
MICHELLE BAZU
Assistant United States Attorney

### **[PROPOSED] ORDER**

Based upon the representations of counsel and for good cause shown, IT IS HEREBY ORDERED that the status hearing in this matter currently set for December 15, 2017 is continued to January 26, 2018 at 9:30 a.m.

DATED: 12/7/17

HONORABLE JON S. TIGAR
United States District Judge