1  ALEX G. TSE (CABN 152348)
   Acting United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  CHRISTINA McCALL (CABN 234139)
   Assistant United States Attorney
5
      1301 Clay Street, Suite 340-S
6     Oakland, California 94612
      Telephone: (510) 637-3680
7     Facsimile: (510) 637-3724
      E-Mail:    christina.mccall@usdoj.gov
8
9  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 14-00305 JST |
| Plaintiff, | STIPULATED REQUEST TO CONTINUE HEARING DATE TO MARCH 23, 2018 AND [PROPOSED] ORDER |
| v. | |
| ANTHONY MAURICE TERRY, | Hearing Date: January 26, 2018<br>Judge: Hon. Jon S. Tigar |
| Defendant. | |

The above-captioned supervised release violation matter is set on January 26, 2018 before this Court for a status conference. The parties request that the Court continue the hearing to March 23, 2018. The parties agree to the continuance because the United States is still in the process of evaluating whether new federal charges will be brought against the defendant. The Federal Bureau of Investigation's national laboratory has now begun to process the semi-automatic pistol, magazine, and bullets seized from the vehicle Terry was driving for the presence of deoxyribonucleic acid (DNA). If the laboratory locates a sufficient amount of DNA for testing, the government will submit a search

warrant to obtain a sample from Terry to compare to the DNA obtained from the pistol, magazine or bullets.

Because this matter concerns a supervised release violation, there is no time exclusion necessary under the Speedy Trial Act, 18 U.S.C. § 3161. The assigned United States Probation Officer, Douglas Leeper, does not object to the continuance, and has indicated that he believes the current conditions of release are sufficient.

**IT IS SO STIPULATED:**

DATED: January 24, 2018                    Respectfully submitted,

                                                         ALEX G. TSE
Acting United States Attorney

_____/s/_____
CHRISTINA McCALL
Assistant United States Attorney

DATED: January 24, 2018                    _____/s/_____
JEROME MATTHEWS
Attorney for Anthony Maurice Terry

**[PROPOSED] ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby CONTINUES the case to March 23, 2018.

**IT SO ORDERED.**

DATED:   January 25, 2018

IT IS SO ORDERED
*[signature]*
Judge Jon S. Tigar

STIP. REQ. TO CONTINUE HEARING
NO. CR 14-00305 JST