ALEX G. TSE (CABN 152348)
Acting United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

CHRISTINA McCALL (CABN 234139)
Assistant United States Attorney

  1301 Clay Street, Suite 340-S
  Oakland, California 94612
  Telephone: (510) 637-3680
  Facsimile: (510) 637-3724
  E-Mail: christina.mccall@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 14-00305 JST |
| Plaintiff, | STIPULATED REQUEST TO CONTINUE HEARING DATE TO JUNE 15, 2018 AND [PROPOSED] ORDER |
| v. | |
| ANTHONY MAURICE TERRY, | Hearing Date: March 23, 2018<br>Judge: Hon. Jon S. Tigar |
| Defendant. | |

The above-captioned supervised release violation matter is set on March 23, 2018 before this Court for a status conference. The parties request that the Court continue the hearing to June 15, 2018. The parties agree to the continuance because the United States is still in the process of evaluating whether new federal charges will be brought against the defendant. The Federal Bureau of Investigation's national laboratory processed the semi-automatic pistol, magazine, and bullets seized from the vehicle Terry was driving for the presence of deoxyribonucleic acid (DNA) and located a

STIP. REQ. TO CONTINUE HEARING
NO. CR 14-00305 JST

sufficient amount of DNA for comparison testing. The government will submit a search warrant to obtain a sample from Terry to compare to the DNA obtained from the pistol.

Because this matter concerns a supervised release violation, there is no time exclusion necessary under the Speedy Trial Act, 18 U.S.C. § 3161. The assigned United States Probation Officer, Douglas Leeper, does not object to the continuance, and has indicated that he believes the current conditions of release are sufficient.

**IT IS SO STIPULATED:**

DATED: March 22, 2018                     Respectfully submitted,

                                          ALEX G. TSE
                                          Acting United States Attorney

                                          _____/s/_____
                                          CHRISTINA McCALL
                                          Assistant United States Attorney

DATED: March 22, 2018                     _____/s/_____
                                          JEROME MATTHEWS
                                          Attorney for Anthony Maurice Terry

### [PROPOSED] ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby CONTINUES the case to June 15, 2018.

**IT SO ORDERED.**

DATED: March 22, 2018                     _____
                                          The Hon. Jon S. Tigar
                                          United States District Court Judge

STIP. REQ. TO CONTINUE HEARING
NO. CR 14-00305 JST