ALEX G. TSE (CABN 152348)
Acting United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

CHRISTINA McCALL (CABN 234139)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone: (510) 637-3680
   Facsimile: (510) 637-3724
   E-Mail:    christina.mccall@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 14-00305 JST |
| | ) |
| Plaintiff, | ) STIPULATED REQUEST TO CONTINUE |
| | ) HEARING DATE TO JULY 27, 2018 AND |
| v. | ) [PROPOSED] ORDER |
| | ) |
| ANTHONY MAURICE TERRY, | ) Hearing Date: June 15, 2018 |
| | ) Judge: Hon. Jon S. Tigar |
| Defendant. | ) |
| | ) |
| | ) |

The above-captioned supervised release violation matter is set on June 15, 2018 before this Court

for a status conference. The parties request that the Court continue the hearing to July 27, 2018. The

parties agree to the continuance because the United States is still in the process of evaluating whether

new federal charges will be brought against the defendant. The Federal Bureau of Investigation (FBI)'s

national laboratory processed the semi-automatic pistol, magazine, and bullets seized from the vehicle

Terry was driving for the presence of deoxyribonucleic acid (DNA) and located a sufficient amount of

DNA for comparison testing. In April, the government obtained a search warrant to obtain a genetic

sample from Terry to compare to the DNA obtained from the pistol. The FBI laboratory is still

performing the analysis and comparison of DNA obtained from the pistol to the genetic reference

sample obtained from Terry.

Because this matter concerns a supervised release violation, there is no time exclusion necessary

under the Speedy Trial Act, 18 U.S.C. § 3161. The assigned United States Probation Officer, Lavonne

Marzette, does not object to the continuance, and has indicated that she believes the current conditions

of release are sufficient.

**IT IS SO STIPULATED:**

DATED: June 8, 2018           Respectfully submitted,

          ALEX G. TSE
          Acting United States Attorney

          _____/s/_____
          CHRISTINA McCALL
          Assistant United States Attorney

DATED: June 8, 2018           _____/s/_____
          JEROME MATTHEWS
          Attorney for Anthony Maurice Terry

### [PROPOSED] ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby

CONTINUES the case to July 27, 2018.

**IT SO ORDERED.**

DATED: June 8, 2018

_____

IT IS SO ORDERED

Judge Jon S. Tigar

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA