# UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### San Francisco Venue

### Report on Person Under Supervision

**Person Under Supervision**  
Anthony Maurice Terry

**Docket Number**  
0971 4:14CR00305-001 JST

**Name of Sentencing Judge:** The Honorable Jon S. Tigar  
United States District Judge

**Date of Original Sentence:** March 20, 2015

**Original Offense:** Count One: Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(l), a Class C felony.

**Original Sentence:** 37 months custody, three years supervised release.

**Special Conditions:** Drug treatment and testing; no alcohol; special assessment $100; expanded search; not own or possess any firearms, ammunition, destructive devices, or other dangerous weapons; DNA collection.

**Prior Form(s) 12:** On July 14, 2017, a Petition for Arrest Warrant for Offender Under Supervision was filed alleging Terry committed a new law violation and was in possession of a firearm. On July 27, 2018, Your Honor granted the Government's motion to dismiss the petition.

On December 27, 2018, the Court took judicial notice of a positive drug test for marijuana and the client's failure to report for testing at Anka Behavioral Health.

On April 4, 2019, a Petition for Arrest Warrant was filed which alleged Mr. Terry committed another federal, state, or local crime; associated with a person engaged in criminal activity; failed to refrain from excessive use of alcohol, not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia; failed to report to the probation officer; failed to notify the probation officer within seventy-two house of being arrested or questioned by law enforcement. These violations are still pending, and the next status hearing is scheduled before Your Honor on August 13, 2021.

On June 10, 2021, Your Honor took Judicial Notice of Mr. Terry's unlawful use of a controlled substance.

**RE:**  Terry, Anthony Maurice                                                                                                          2
           0971 4:14CR00305-001 JST

| | |
|---|---|
| **Type of Supervision**<br>Supervised Release | **Date Supervision Commenced**<br>January 23, 2017 |
| **Assistant U.S. Attorney**<br>Anna Nguyen | **Defense Counsel**<br>Jerome Emory Matthews  (AFPD) |

## Petitioning the Court to Take Judicial Notice

### Cause

| Charge Number | Violation |
|---|---|
| One | There is probable cause to believe that the person under supervision violated the mandatory condition that states you must refrain from any unlawful use of controlled substances. |

      On July 24, 2021, the undersigned officer contacted Mr. Terry at his residence. Mr. Terry submitted a urine specimen which was presumptive positive for THC. Mr. Terry admitted to using marijuana three weeks prior.

      Evidence in support of this violation can be found in the Admission Report signed by Mr. Terry on July 24, 2021, and the chronological case note on July 24, 2021.

### Action Taken and Reason

On July 24, 2021, while meeting with Officer Bobadilla, Mr. Terry's substance use was discussed. Mr. Terry expressed he has been stressed and uses THC to cope. Mr. Terry will continue to be placed on randomized drug testing and group substance abuse classes to mitigate use of illicit substances. The undersigned will work with Mr. Terry to regain sobriety while working towards obtaining employment. Should he continue to test positive the Court will be notified, and an appropriate course of action will be recommended.

The Assistant U.S. Attorney has been notified and there are no objections.

Respectfully submitted,                                                    Reviewed by:

_____                        _____
Xitlalli Bobadilla                                                              Kevin L. Thomas
U.S. Probation Officer                                                    Supervisory U.S. Probation Officer
Date Signed: August 5, 2021

**RE:**   Terry, Anthony Maurice 3
 0971 4:14CR00305-001 JST

THE COURT ORDERS:

☐   The Court concurs and takes judicial notice
☐   Submit a request to modify supervision
☐   Submit a request for a warrant
☐   Submit a request for summons
☐   Other:


_____  _____
Date    Jon S. Tigar
    United States District Judge